IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165 (6 and 7) |
| | § | |
| SHAWN LEWIS WASHINGTON | § | |
| LISA WEISZ LIPTON | § | |

**O R D E R**

Defendant Shawn Washington filed an unopposed motion for continuance and a request to certify the case as complex, (Docket Entry No.190). Defendant Lipton and the government are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. This case was previously deemed complex on June 29, 2011 so that request is moot. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 15, 2013 |
| Responses are to be filed by: | July 29, 2013 |
| Pretrial conference is reset to: | **August 5, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 12, 2013 at 9:00 a.m.** |

SIGNED on March 25, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge